UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>    Plaintiffs,<br><br>v.<br><br>SAAD EL-DIN RAFIK AL-HARIRI, BAHAA HARIRI, AYMAN HARIRI, MOHAMMED HARIRI, ALI H. KOLAGHASSI, and HELEN CONLON,<br><br>    Defendants. | Case No. 1:23-cv-02145 |

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on Thursday, October 5, 2023, the undersigned counsel will move before the Honorable Carol Bagley Amon, U.S.D.J., United States District Court for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201, Courtroom 10D South, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), for an order dismissing Plaintiffs' Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned rely on Defendants' Memorandum in Support of Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction, Lack of Personal Jurisdiction, and Failure to State a Claim upon Which Relief Can Be Granted, as well as the authorities attached to and referenced in that Memorandum.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's October 3, 2023 Order, oral argument will be held on December 14, 2023, at 2:00 p.m.

Dated:  October 5, 2023                    Respectfully submitted,

/s/   Rita M. Glavin
Rita M. Glavin
Katherine E. Petrino
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Telephone: (646) 693-5505
rglavin@glavinpllc.com

***Attorneys for Defendant Saad El-Din Rafik Al-Hariri***

/s/   Mitchell Schuster
Mitchell Schuster
Kevin A. Fritz
Stacey M. Ashby
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**Attorneys for Ayman Hariri**


/s/   John Massaro
John Massaro (*pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.massaro@arnoldporter.com

William T. Sharon
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8740
Facsimile: (212) 836-8689
William.Sharon@arnoldporter.com

**Attorneys for Defendant Bahaa Hariri**