```
                                                                    1

 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF NEW YORK
 2

 3   - - - - - - - - - - - - - - - - X

 4   JANE DOE 1 and JANE DOE 2,      :
                                              23-CV-2145(CBA)
 5            Plaintiffs,            :

 6            -against-              :   United States Courthouse
                                         Brooklyn, New York
 7   SAAD EL-DIN RAFIK AL-HARIRI,    :
     BAHAA HARIRI, and AYMAN HARIRI,     January 10, 2024
 8                                       10:00 a.m.
              Defendants.            :
 9
     - - - - - - - - - - - - - - - - X
10

11                   TRANSCRIPT OF ORAL ARGUMENT
                BEFORE THE HONORABLE CAROL BAGLEY AMON
12                   UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   For the Plaintiffs:        DEREK SMITH LAW GROUP, PLLC
                                One Penn Plaza, Suite 4905
16                              New York, NY 10119

17                              BY: ZACHARY I. HOLZBERG, ESQ.

18   For Defendant
     Saad El-Din Rafik Al-Hariri: GLAVIN PLLC
19                                156 West 56th Street, Ste 2004
                                  New York, NY 10019
20
                                BY: RITA M. GLAVIN, ESQ.
21                              KATHERINE E. PETRINO, ESQ.

22   For Defendant
     Bahaa Hariri:              ARNOLD & PORTER KAYE SCHOLER,LLP
23                              601 Massachusetts Ave, NW
                                Washington, DC 20001
24                              BY:  ANTHONY J. FRANZE, ESQ.
                                WILLIAM SHARON, ESQ.
25
              (Appearances continued on the next page.)
```

Andronikh M. Barna, Official Court Reporter, RPR, CRR

```
 1   APPEARANCES (CONTINUED):

 2   For Defendant
     Ayman Hariri:              MEISTER SEELIG & FEIN LLP
 3                              125 Park Avenue, 7th Floor
                                New York, NY 10017
 4                              BY:  KEVIN A. FRITZ, ESQ.
                                STACEY ASHBY, ESQ.
 5
     Court Reporter:            Andronikh M. Barna
 6                              225 Cadman Plaza East
                                Brooklyn, New York 11201
 7                              (718) 613-2178

 8   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
 9

10                  * * * * * * * * * * * *

11            THE LAW CLERK:  This is Case Number 23-CV-2145,

12   Doe v. Al-Hariri, on for a motion to dismiss.

13            Can the parties please state their names for the

14   record, starting with counsel for defendants.

15            MS. GLAVIN:  Yes.

16            Good morning, Your Honor.

17            Rita Glavin, along with my colleague, Katherine

18   Petrino, for Saad Hariri.

19            THE COURT:  Good morning.

20            MR. FRANZE:  Good morning.

21            Anthony Franze and my colleague, Will Sharon, for

22   Defendant Bahaa Hariri.

23            THE COURT:  Okay.  Good morning.

24            MR. FRITZ:  Good morning, Your Honor.

25            Kevin Fritz, along with my partner, Stacey Ashby,
```

1    from Meister Seelig & Fein on behalf of Ayman Hariri.
2              THE COURT:  Good morning.
3              And for plaintiffs.
4              MR. HOLZBERG:  Good morning, Your Honor.
5              Zach Holzberg of the Derek Smith Law Group on behalf
6    of the plaintiffs.
7              THE COURT:  All right.  Everyone can be seated.
8              I have read the papers and obviously the principal
9    issue before the Court is whether the Court has subject matter
10   jurisdiction over the claims in the complaint.
11             Mr. Holzberg, what is your basis for contending that
12   the Court has subject matter jurisdiction over the allegations
13   in your complaint?
14             MR. HOLZBERG:  Thank you, Your Honor.
15             Would you like me to stand?
16             THE COURT:  You can be seated because it is
17   difficult to stand and lean over and talk into those
18   microphones.  So you can remain seated.  Thank you.
19             MR. HOLZBERG:  Sure.  Thank you, Your Honor.  If
20   Your Honor has any issue hearing me, please let me know.
21             THE COURT:  Okay, sure.
22             MR. HOLZBERG:  So it's plaintiff's contention that
23   subject matter jurisdiction exists under the federal statute
24   that we've alleged is our eleventh cause of action in the
25   complaint.

4

1         THE COURT: This is the criminal statute?

2         MR. HOLZBERG: Correct.

3         And the basis for subject matter jurisdiction exists
4 on the basis that a civil remedy exists stemming from that
5 statute.

6         THE COURT: Where do you see from the text or
7 structure of the statute that a civil remedy exists?

8         MR. HOLZBERG: It doesn't explicitly state that a
9 private remedy exists within the statute, but it's our
10 contention that it doesn't have to.

11         We've cited to *Chumney* in our paper --

12         THE COURT: The *Chumney* was a case that was decided
13 before *Sandoval*, correct?

14         MR. HOLZBERG: Correct.

15         THE COURT: And the standard you have to meet in
16 *Sandoval* is requiring a review of the text and structure of
17 the statute must yield a clear manifestation of congressional
18 intent to create a private cause of action.

19         Where is that clear manifestation of congressional
20 intent? '

21         MR. HOLZBERG: Your Honor, in order to infer intent,
22 aside from explicit language providing such, intent can be
23 inferred from either the language of the statute, the
24 statutory structure, or some other source. And it's our
25 contention that in reading this statute that its intention is

1  to protect individuals that are traveling on airplanes within
2  the special aircraft --
3              THE COURT:  But why isn't that protected by the
4  criminal cause of action which requires fines or imprisonment?
5  Where do you see a private right of action stemming from that?
6              MR. HOLZBERG:  Sure.
7              It's our position that there is -- I'm reading now
8  from a portion of *Chumney* which discusses this.  Because
9  *Chumney* evaluated this direct provision and said that a
10 clearcut purpose has been defined in federal legislation and
11 that federal courts have been given specific jurisdiction to
12 impose criminal penalties against those who commit simple or
13 felonious assaults on aircrafts under the conditions described
14 above.  The civil action for damages would certainly be
15 consistent with the overall congressional purpose and we
16 believe should be inferred therefrom.
17             THE COURT:  But didn't *Sandoval* reject relying on
18 what someone thought the general purpose of the statute was?
19             MR. HOLZBERG:  No.  I think that *Sandoval* makes
20 clear that statutory intent is determinative but there's no
21 bright line in *Sandoval* that says that intent needs to be
22 expressed.  It's clear from a number of cases following
23 *Sandoval*, acknowledging *Sandoval*'s validity indicating that
24 the analysis needs to look at whether or not the court
25 intended for there to be a private cause of action.

6

1  THE COURT:  Well, where do you get that intent from?
2  What, the language of the statute, the text of the statute,
3  the structure of the statute?  Where do you see that intent?
4  MR. HOLZBERG:  Sure.  I think the intent is inferred
5  from the fact that Congress took care to legislate to protect
6  individuals that are flying on aircraft against these
7  assaults.  So if their intention is --
8  THE COURT:  Well, that means if you do that, you
9  will be arrested.
10  MR. HOLZBERG:  Sure.  But they're also looking to
11  protect individuals who are flying.  So while there may be
12  criminal liabilities for the perpetrator of those assaults,
13  there is also an intention to protect individuals which would
14  allow them civil recourse to recover for any damages sustained
15  as a result of those assaults.
16  THE COURT:  Isn't the general rule though that there
17  is no private right of action for a criminal statute?  Isn't
18  that generally the case?  Isn't that what the cases state as a
19  general matter?
20  MR. HOLZBERG:  I don't know what the general matter
21  of the law is in that respect.  I'm only looking at the
22  specific text of the legislation that we're looking at,
23  Your Honor.
24  THE COURT:  Well, let me just quote from a summary
25  order.  This is a summary order from the Second Circuit that

1  relies -- I can refer to those. They are not obviously given
2  the same weight as a published opinion.
3        But in a case, *Hill v. Didio*, the Court -- and this
4  was decided on January 20th of 2006 -- it goes, "As a general
5  matter, we have long recognized that crimes are prosecuted by
6  the government, not by private parties."
7        So when I refer to "a general matter," that is what
8  I am referring to.
9        MR. HOLZBERG: I understand, Your Honor.
10       Again, it's not our position that we're seeking
11 recourse against them criminally. This is purely civil as a
12 result of the damages that they sustained as a result of being
13 sexually assaulted while on the defendant's aircraft.
14       THE COURT: All right. Thank you, Counsel.
15       MR. HOLZBERG: Thank you.
16       THE COURT: Ms. Glavin, do you want to just respond?
17       MS. GLAVIN: Yes, Your Honor, briefly. And then if
18 the Court has any questions for me.
19       THE COURT: Okay.
20       MS. GLAVIN: The *Chumney* case, which was decided
21 decades ago, relies on Supreme Court cases stemming from sort
22 of *Borak* line of cases. When the Supreme Court had an
23 opportunity to look at this very explicitly on whether or not
24 there are implied private rights of action in the *Sandoval*
25 case, the Supreme Court explicitly, on pages 287 and 288 of

8

1  the opinion, rejected the *Borak* line of cases and said:  We're
2  not doing that anymore.  Here is the standard; you have to
3  look at whether -- you have to look at the text of the statute
4  and not just if there's a private cause of action, but also is
5  there a remedy that Congress put in the statute.
6       And here, in looking at the Statute 406506, the
7  title of the statute itself says "Application of Criminal Laws
8  to Aircrafts" and then the only remedy provided is what we see
9  in Title 18, "shall be fined or imprisoned or both."
10      THE COURT:  With no additional civil penalty?
11      MS. GLAVIN:  No additional civil penalties.
12      And there has not been a single case that we can
13 find that has found a private right of action, other than the
14 *Chumney* case, which it's no longer -- not only is it no longer
15 good law, but what's interesting about *Chumney* is they lay
16 down a four-part test and one of the four factors is -- it's
17 no longer a good law, but one of the four factors is:  Can you
18 discern whether Congress intended to create a private right of
19 action?  And the Sixth Circuit in *Chumney* even said no, we
20 couldn't figure that out either way.
21      But actually, they were wrong.  Because if you just
22 look at the statute, all you've got to do is look at the title
23 of the statute, the remedy of the statute, and it is Title 18.
24 The Second Circuit has never found a private right of action
25 and I think the case begins and ends there.

Andronikh M. Barna, Official Court Reporter, RPR, CRR

9

1        And even if they did find a private right of action,
2   which does not exist, they're out of luck under statute of
3   limitations for the reasons set forth in our brief.
4            THE COURT:  All right.  Thank you.
5            Does any other counsel want to add to anything that
6   Ms. Glavin has said?
7            All right.  Thank you.  I appreciate the parties'
8   arguments.
9            I am going to dismiss the action because the
10  plaintiff has not persuaded me that the Court has subject
11  matter jurisdiction and I will issue an order to that effect.
12  And any right to appeal will actually not start to run until
13  the order is entered, just so the parties understand it.
14           Thank you.
15           (Matter concluded.)
16
17                    *     *     *     *     *
18
19  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
20
21      /s/ Andronikh M. Barna                January 29, 2024
    _____      _____
22       ANDRONIKH M. BARNA                      DATE
23
24
25